UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 11-44236-BKC-LMI

In Re:

    Luz Marina Hernandez,

    Debtor.
_____/

## DEBTOR'S MOTION FOR EARLY PAYOFF OF CHAPTER 13 PLAN FROM GIFT PROCEEDS

Now come the Debtor, Luz Marina Hernandez, by her counsel, and moves the Court for early payoff of chapter 13 plan from gift proceeds and in support thereof submits the following memorandum.

## MEMORANDUM

1. Debtor filed for relief under 11 U.S.C. Chapter 13 in this case on December 14, 2011.

2. Debtor wishes to pay off her Chapter 13 plan early with the gift proceeds from her daughter.

WHEREFORE, Debtor respectfully prays that the Court issue an order

1. Allowing the Debtor to pay off her Chapter 13 plan early from gift proceeds from her daughter.

2. Such further relief consistent with this request for relief.

                Respectfully submitted,

                Reyes & Calas-Johnson, P.A.
                Attorneys for Debtor
                782 N.W. 42nd Avenue, Ste. 447
                Miami, FL 33126
                Tel: (305) 476-1900

                By: ____/S/_____
                      Mary Reyes
                      FL Bar No. 120006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties on attached list, this 3rd day of December, 2015.

/S/
Mary Reyes

```
Label Matrix for local noticing        Bank of America, N. A.                   Elavon, Inc
113C-1                                 c/o Liebler, Gonzalez & Portuondo, P. A. c/o Lisa Sims, Manager
Case 11-44236-LMI                      44 W Flagler St #2500                    7300 Chapman Hwy
Southern District of Florida           Miami, FL 33130-6808                     Knoxville, TN 37920-6612
Miami
Thu Dec  3 11:26:25 EST 2015

GE Capital Retail Bank                 InSolve Recovery, LLC by American InfoSource   The Bank of New York Mellon
c/o Recovery Management Systems Corp   PO Box 269093                            c/o Susan Sparks
25 SE 2 Ave #1120                      Oklahoma City, OK 73126-9093             5110 Eisenhower Blvd., Suite 120
Miami, FL 33131-1605                                                            Tampa, FL 33634-6338


Bac/Fleet-Bkcard                       Bank Of America                          Bank Of America
200 Tournament Dr                      Po Box 15731                             Po Box 1598
Horsham, PA 19044-3606                 Wilmington, DE 19886-5731                Norfolk, VA 23501-1598



Bank Of America                        Bank Of America, N.A.                    Bank of America
Po Box 17054                           450 American St                          POB 2864
Wilmington, DE 19850-7054              Simi Valley, CA 93065-6285               FL9-100-04-24 Building 100, 4th Fl
                                                                                Jacksonville, FL 32203-2864


(p)BANK OF AMERICA                     Bank of America, N.A.                    Bank of America, N.A.
PO BOX 982238                          ATTN: Matt Hankel                        MO8-050-02-17
EL PASO TX 79998-2238                  MO8-050-01-11                            2001 N.E. 46th Street
                                       2001 N.E. 46th Street                    Kansas City, MO  64116-2051
                                       Kansas City, MO 64116-2051

Bunting Magnetics Co                   (p)CAPITAL ONE                           Care Credit/Gemb
POB 877814                             PO BOX 30285                             POB 960061
Kansas City, MO 64187-7814             SALT LAKE CITY UT 84130-0285             Orlando, FL 32896-0061



Casio America, Inc                     Chase                                    Chase
570 Mount Pleasant Avenue              324 W Evans St                           9601 Mcallister Freeway
Dover, NJ 07801-1631                   Florence, SC 29501-3430                  San Antonio, TX 78216-4681



Chase                                  Chase-Pier                               Citi
Po Box 15298                           Po Box 15298                             Po Box 6241
Wilmington, DE 19850-5298              Wilmington, DE 19850-5298                Sioux Falls, SD 57117-6241



Discover Fin Svcs Llc                  Elavon Inc                               Elavon, Inc.
Po Box 15316                           7300 Chapman Hwy                         c/o Weltman, Weinberg & Reis, Co., LPA
Wilmington, DE 19850-5316              KNoxville TN 37920-6612                  323 W. Lakeside Avenue, 2nd Fl
                                                                                Cleveland, OH 44113-1085


Financial Fed Cu                       G M A C                                  GE Capital Retail Bank
22 E Flagler St                        Po Box 105677                            Attn: Bankruptcy Department
Miami, FL 33131-1004                   Atlanta, GA 30348-5677                   PO Box 960061
                                                                                Orlando FL 32896-0661
```

```
GE Capital Retail Bank                  Gemb/Banana Rep                         Gemb/Brandsmart
c/o Recovery Management Systems Corp    Po Box 981400                           Po Box 981439
25 SE 2nd Ave Suite 1120                El Paso, TX 79998-1400                  El Paso, TX 79998-1439
Miami, FL 33131-1605


Gemb/Care Credit                        Gemb/Jc Penney Dc                       Gemb/Jcp
950 Forrer Blvd                         Po Box 981400                           Po Box 984100
Kettering, OH 45420-1469                El Paso, TX 79998-1400                  El Paso, TX 79998


Gemb/L&T                                Gulf Controls, Co                       (p)HSBC BANK
Po Box 981400                           5201 Tampa West Blvd                    ATTN BANKRUPTCY DEPARTMENT
El Paso, TX 79998-1400                  Tampa, FL 33634-2498                    PO BOX 5213
                                                                                CAROL STREAM IL 60197-5213


Hsbc/Rs                                 Internal Revenue Service                Lexus Financial Servic
90 Christiana Rd                        POB 7346                                12735 Morris Road Ext #
New Castle, DE 19720-3118               Philadelphia, PA 19101-7346             Alpharetta, GA 30004-8904


(p)US BANK                              Lexus Fsb                               Mcydsnb
PO BOX 5229                             Po Box 108                              9111 Duke Blvd
CINCINNATI OH 45201-5229                Saint Louis, MO 63166-0108              Mason, OH 45040-8999


Memorial Plan                           Mercantil Commercebank                  Met-Con
14200 SW 117 Avenue                     POB 226555                              POB 236129
Miami, FL 33186-6011                    Miami, FL 33222-6555                    Cocoa, FL 32923-6129


Miami Dade County Tax Collector         National Capital Management, LLC        Nordstrom Fsb
140 W. Flagler Street                   agent for GE Capital Retail Bank        Po Box 6565
Suite 1407                              8245 Tournament Drive                   Englewood, CO 80155-6565
Miami, FL 33130-1561                    Suite 230
                                        Memphis, TN 38125-1741


Office of the US Trustee                Rexel Electric                          Royal Consumer Info Prod
51 S.W. 1st Ave.                        POB 766                                 2 Riverview Dr., 3rd Fl
Suite 1204                              Addison, TX 75001-0766                  Somerset, NJ 08873-1150
Miami, FL 33130-1614


Sears/Cbna                              Sharp Electronics                       Social Security Administration
Po Box 6189                             Sharp Plaza                             6401 Security Blvd
Sioux Falls, SD 57117-6189              Mahwah, NJ 07430                        Baltimore, MD 21235-6401


Sorvan Financial, LTD                   Td Auto Finance                         The Bank of New York Mellon FKA the Bank of
c/o Interval Servicing Company          5225 Crooks Rd Ste 140                  Dallas, TX 75266-0933
3363 W. Commercial Blvd., Suite 202     Troy, MI 48098-2823
Fort Lauderdale, FL 33309-3453
```

| | | |
|---|---|---|
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Wachrl<br>Po Box 3117<br>Winston Salem, NC 27102-3117 | Warson Group<br>POB 841140<br>Kansas City, MO 64184-1140 | Wf/Wb<br>Po Box 3117<br>Winston Salem, NC 27102-3117 |
| Wfnnb/Ny&C<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 | Wfnnb/Victorias Secret<br>Po Box 182128<br>Columbus, OH 43218-2128 | Desiree Calas-Johnson<br>782 NW 42 Ave # 447<br>Miami, FL 33126-5549 |
| Luz Marina Hernandez<br>14225 SW 116 Terrace<br>Miami, FL 33186-8625 | Mary Reyes Esq<br>782 NW 42 Ave #447<br>Miami, FL 33126-5549 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>POB 982238<br>El Paso, TX 79998-2238 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington, DE 19850 |
| Lexus Financial Services<br>POB 790069<br>Saint Louis, MO 63179-0069 | Toyota Motor Credit Corporation<br>PO BOX 8026<br>Cedar Rapids, IA. 52408-8026 | (d)U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, Ohio 45201-5229 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Gemb/L&T | (d)InSolve Recovery, LLC by American InfoSour<br>PO Box 269093<br>Oklahoma City, OK  73126-9093 |

End of Label Matrix
Mailable recipients    71
Bypassed recipients     3
Total                  74