

**ORDERED in the Southern District of Florida on January 11, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 11-44236-BKC-LMI

In Re:

Luz Marina Hernandez,

Debtor(s).
_____/

### ORDER GRANTING DEBTOR'S MOTION FOR EARLY PAYOFF OF CHAPTER 13 PLAN FROM GIFT PROCEEDS

Debtor's Motion to Allow Early Payoff of Chapter 13 Plan from Gift Proceeds came before this Court on the 5th day of January, 2016.  Based on the record, it is:

**ORDERED AND ADJUDGED**

1. Debtor is authorized to pay off her Chapter 13 plan.

###

Submitted By:

Reyes & Calas-Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Avenue, Ste. 447
Miami, FL 33126

(Reyes & Calas- Johnson, P.A. is directed to serve copies of this order on the parties listed and file a certificate of service.)

Nancy Neidich, Trustee ECF Registered

```
Label Matrix for local noticing      Bank of America, N. A.                  Elavon, Inc
113C-1                               c/o Liebler, Gonzalez & Portuondo, P. A. c/o Lisa Sims, Manager
Case 11-44236-LMI                    44 W Flagler St #2500                   7300 Chapman Hwy
Southern District of Florida         Miami, FL 33130-6808                    Knoxville, TN 37920-6612
Miami
Sun Jan 10 13:09:53 EST 2016

GE Capital Retail Bank               InSolve Recovery, LLC by American InfoSource   The Bank of New York Mellon
c/o Recovery Management Systems Corp PO Box 269093                           c/o Susan Sparks
25 SE 2 Ave #1120                    Oklahoma City, OK 73126-9093            5110 Eisenhower Blvd., Suite 120
Miami, FL 33131-1605                                                         Tampa, FL 33634-6338


Bac/Fleet-Bkcard                     Bank Of America                         Bank Of America
200 Tournament Dr                    Po Box 15731                            Po Box 1598
Horsham, PA 19044-3606               Wilmington, DE 19886-5731               Norfolk, VA 23501-1598


Bank Of America                      Bank Of America, N.A.                   Bank of America
Po Box 17054                         450 American St                         POB 2864
Wilmington, DE 19850-7054            Simi Valley, CA 93065-6285              FL9-100-04-24 Building 100, 4th Fl
                                                                             Jacksonville, FL 32203-2864


(p)BANK OF AMERICA                   Bank of America, N.A.                   Bank of America, N.A.
PO BOX 982238                        ATTN: Matt Hankel                       MO8-050-02-17
EL PASO TX 79998-2238                MO8-050-01-11                           2001 N.E. 46th Street
                                     2001 N.E. 46th Street                   Kansas City, MO  64116-2051
                                     Kansas City, MO 64116-2051


Bunting Magnetics Co                 (p)CAPITAL ONE                          Care Credit/Gemb
POB 877814                           PO BOX 30285                            POB 960061
Kansas City, MO 64187-7814           SALT LAKE CITY UT 84130-0285            Orlando, FL 32896-0061


Casio America, Inc                   Chase                                   Chase
570 Mount Pleasant Avenue            324 W Evans St                          9601 Mcallister Freeway
Dover, NJ 07801-1631                 Florence, SC 29501-3430                 San Antonio, TX 78216-4681


Chase                                Chase-Pier                              Citi
Po Box 15298                         Po Box 15298                            Po Box 6241
Wilmington, DE 19850-5298            Wilmington, DE 19850-5298               Sioux Falls, SD 57117-6241


Discover Fin Svcs Llc                Elavon Inc                              Elavon, Inc.
Po Box 15316                         7300 Chapman Hwy                        c/o Weltman, Weinberg & Reis, Co., LPA
Wilmington, DE 19850-5316            KNoxville TN 37920-6612                 323 W. Lakeside Avenue, 2nd Fl
                                                                             Cleveland, OH 44113-1085


Financial Fed Cu                     G M A C                                 GE Capital Retail Bank
22 E Flagler St                      Po Box 105677                           Attn: Bankruptcy Department
Miami, FL 33131-1004                 Atlanta, GA 30348-5677                  PO Box 960061
                                                                             Orlando FL 32896-0661
```

| | | |
|---|---|---|
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Gemb/Banana Rep<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/Brandsmart<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gemb/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Gemb/Jc Penney Dc<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 |
| Gemb/L&T<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gulf Controls, Co<br>5201 Tampa West Blvd<br>Tampa, FL 33634-2498 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 |
| Hsbc/Rs<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Lexus Financial Servic<br>12735 Morris Road Ext #<br>Alpharetta, GA 30004-8904 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Lexus Fsb<br>Po Box 108<br>Saint Louis, MO 63166-0108 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Memorial Plan<br>14200 SW 117 Avenue<br>Miami, FL 33186-6011 | Mercantil Commercebank<br>POB 226555<br>Miami, FL 33222-6555 | Met-Con<br>POB 236129<br>Cocoa, FL 32923-6129 |
| Miami Dade County Tax Collector<br>140 W. Flagler Street<br>Suite 1407<br>Miami, FL 33130-1561 | National Capital Management, LLC<br>agent for GE Capital Retail Bank<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | Nordstrom Fsb<br>Po Box 6565<br>Englewood, CO 80155-6565 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Rexel Electric<br>POB 766<br>Addison, TX 75001-0766 | Royal Consumer Info Prod<br>2 Riverview Dr., 3rd Fl<br>Somerset, NJ 08873-1150 |
| Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Sharp Electronics<br>Sharp Plaza<br>Mahwah, NJ 07430 | Social Security Administration<br>6401 Security Blvd<br>Baltimore, MD 21235-6401 |
| Sorvan Financial, LTD<br>c/o Interval Servicing Company<br>3363 W. Commercial Blvd., Suite 202<br>Fort Lauderdale, FL 33309-3453 | Td Auto Finance<br>5225 Crooks Rd Ste 140<br>Troy, MI 48098-2823 | The Bank of New York Mellon FKA the Bank of<br>Dallas, TX 75266-0933 |

| | | |
|---|---|---|
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Wachrl<br>Po Box 3117<br>Winston Salem, NC 27102-3117 | Warson Group<br>POB 841140<br>Kansas City, MO 64184-1140 | Wf/Wb<br>Po Box 3117<br>Winston Salem, NC 27102-3117 |
| Wfnnb/Ny&C<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 | Wfnnb/Victorias Secret<br>Po Box 182128<br>Columbus, OH 43218-2128 | Desiree Calas-Johnson<br>782 NW 42 Ave # 447<br>Miami, FL 33126-5549 |
| Luz Marina Hernandez<br>14225 SW 116 Terrace<br>Miami, FL 33186-8625 | Mary Reyes Esq<br>782 NW 42 Ave #447<br>Miami, FL 33126-5549 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>POB 982238<br>El Paso, TX 79998-2238 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington, DE 19850 |
| Lexus Financial Services<br>POB 790069<br>Saint Louis, MO 63179-0069 | Toyota Motor Credit Corporation<br>PO BOX 8026<br>Cedar Rapids, IA. 52408-8026 | (d)U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, Ohio 45201-5229 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Gemb/L&T | (d)InSolve Recovery, LLC by American InfoSour<br>PO Box 269093<br>Oklahoma City, OK  73126-9093 |

End of Label Matrix
Mailable recipients    71
Bypassed recipients     3
Total                  74